IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>KIISHA SMITH<br>d/b/a BUILDING BRIGHTER MINDS<br>FOR THE FUTURE<br>d/b/a BBMF,<br><br>　　　　　Debtor. | NO.   17-26896<br>CHAPTER 13<br><br><br><br><br>JUDGE DONALD R. CASSLING<br>Confirmation:  5/10/18 @ 10:00 a.m. |

OBJECTION TO CONFIRMATION OF PLAN FILED 4/11/18 DOC #84

　　　Now comes WELLS FARGO BANK, N.A., D/B/A WELLS FARGO DEALER SERVICES, its successors and/or assigns, (hereinafter referred to as "Movant"), a creditor herein, by TERRI M. LONG, its attorney, and objects to the confirmation of the amended plan filed 4/11/18 Document #84.   In support thereof, creditor respectfully represents as follows:

　　　1.　On September 8, 2017, the Debtor herein filed a petition for relief pursuant to Title 11, Chapter 13, United States Code.  Said case was dismissed on October 26, 2017, but reinstated on November 16, 2017.

　　　2.　Movant is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2012 Mazda CX-9 motor vehicle, with an outstanding balance of $10,252.22 as of the petition date.

　　　3.　This is Movant's third objection to a plan filed by the Debtor in this case.

　　　4.　The modified plan dated 4/11/18 provides for the surrender of the 2012 Mazda CX-9 to Movant.

5. The plan also provides as follows: "The balance will be zerod *(sic)* out since the value is more than what's owed. That both co-signer and signer will be released of further debt, not owing balance for either party. Wells Fargo Dealers Services shall not be paid any secure *(sic)* amount of any claims." (<u>See</u>, Debtor's Plan filed 4/11/18 Document #84 at §G.)

6. Movant objects to this provision in that creditor should be allowed to amend its timely-filed secured claim to an unsecured deficiency claim, after the repossession and sale of said vehicle.

7. In addition, the plan cannot determine the amounts owed to the non-filing co-buyer, unless specifically providing for a payment in full of any deficiency balance, to protect the co-buyer.

WHEREFORE, WELLS FARGO BANK, N.A., D/B/A WELLS FARGO DEALER SERVICES, its successors and/or assigns, prays that this Honorable Court enter an Order denying confirmation of said plan, and for such other and further relief as this Court may deem just.

        WELLS FARGO BANK, N.A., D/B/A
        WELLS FARGO DEALER SERVICES, its
        Successors and/or Assigns

        BY: _____/s/ Terri M. Long_____
             TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for WELLS FARGO BANK, N.A., D/B/A WELLS FARGO DEALER SERVICES, its Successors and/or Assigns

## CERTIFICATE OF SERVICE

   I hereby certify that on April 26, 2018, I electronically filed the foregoing Objection to Confirmation with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Tom Vaughn, Chapter 13 Trustee

And I certify that I have mailed by United States Postal Service the Objection to Confirmation to the following non-ECF participants on the same date:

Kiisha Smith
7300 W. Fullerton Ave
#35280
Elmwood Park, IL 60707
*Debtor, appearing Pro Se*.