UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | | |
|---|---|---|---|
| **Honorable** | Donald R. Cassling | **Hearing Date** | September 20, 2018 |
| **Bankruptcy Case No.** | 17 B 26896 | **Adversary No.** | |

**Title of Case**  Kiisha Smith

**Brief Statement of Motion**  Debtor's Motion for Turnover of Vehicle from City of Chicago, and Motion for Civil Contempt (Docket No. 106)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record in open court on September 20, 2018, the debtor's motion for turnover of vehicle from City of Chicago, and motion for civil contempt is moot due to case dismissal.

*Donald R. Cassling*