# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable** Donald R. Cassling   **Hearing Date** September 20, 2018

**Bankruptcy Case No.** 17 B 26896   **Adversary No.**

**Title of Case** Kiisha Smith

**Brief Statement of Motion**: Debtor's Motion for Civil Contempt Against Verizon Wireless (Docket No. 107)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record in open court on September 20, 2018, the debtor's motion for civil contempt against Verizon Wireless is moot due to case dismissal.

*Donald R. Cassling* /nmc