IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Kiisha Smith dba
Building Brighter Minds for the Future – BBMF
7300 W. Fullerton Ave #35280
Elmwood Park, IL 60707
773-406-8022

Case No: 17-26896
Judge: Donald R. Cassling
Chapter: 13

F I L E D
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 28 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

NOTICE OF MOTION

TO: Commonwealth Edison   Acct # 7320541087

PLEASE TAKE NOTE that on Thursday, November 1, 2018 at 9:30 am or soon thereafter as I may be heard, I shall appear before the Honorable Judge Donald R. Cassling or any other Bankruptcy Judge presiding in his place in Room 619, the courtroom usually occupied by said Judge, in Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604.

PROOF OF SERVICE
DECLARATION UNDER PENALTY OF PERJURY

I, Kiisha Smith, declare, under penalty of perjury, that I have PERSONALLY mailed a copy of the foregoing Notice of Motion, and attached Motion, to each creditor on the attached service list, by first class mail, postage paid, on this 12th day of October, 2018.

Date
10-12-18

Debtor, Pro Se
Kiisha Smith
[signature]

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571.

Label Matrix for local noticing
0752-1
Case 17-26896
Northern District of Illinois
Chicago
Mon Feb 12 13:58:39 CST 2018

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601-4303

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

ACS/Navient
501 Bleeker St
Utica NY 13501-2401

AT&T
Bankruptcy Department
PO Box 769
Arlington TX 76004-0769

Alvin Everett
1523 S Homan
Chicago, IL 60623-2153

Arnold Scott Harris
111 West Jackson Blvd Ste 600
Chicago IL 60604-3517

Atlas Acquisitions LLC (TEMPOE, LLC)
294 Union St.
Hackensack, NJ 07601-4303

Blatt Hasenmiller Liebske
10 S LaSalle St Ste 2200
Chicago, IL 60603-1069

Capital One Bank USA NA
P O Box 30253
Salt Lake City UT 84130-0253

Chex Systems
7805 Hudson Rd Ste 100
Woodbury MN 55125-1703

Citibank NA
PO Box 6189
Sioux Falls, SD 57117-6189

City of Chicago Department of Finance
c/o Arnold Scott Harris
111 W Jackson Blvd Ste 600
Chicago,IL 60604-3517

City of Chicago Dept of
Administrative Hearings
400 W Superior St
Chicago IL 60654-3409

City of Chicago Dept of Adm.
Hearings
40 North Sedgwick St Ste 200
Chicago IL 60654-2555

City of Chicago Dept of Revenue
121 N LaSalle St
Chicago IL 60602-1288

ComEd
3 Lincoln Center
Oakbrook Terrace IL 60181-4204

Comcast Xfinity
PO Box 3002
Southeastern PA 19398-3002

Credit One Bank
P O Box 98872
Las Vegas NV 89193-8872

Credit Systems Intl IN
1277 Country Club Ln
Fort Worth, TX 76112-2304

Dept of ED Navient
PO Box 9635
Wilkes Barre PA 18773-9635

Dept of Ed/Navient
123 Justison St 3rd Floor
Wilmington, DE 19801-5360

Dion G. Morrow Coordinator
Executive Relations
Verizon Wireless
1701 Golf Rd Ste 100
Rolling Meadows IL 60008-4227

Diversified Consultants
PO Box 551268
Jacksonville FL 32255-1268

Equifax
P O Box 740241
Alanta GA 30374-0241

Experian
P O Box 2002
Allen TX 75013-2002

First Premier Bank
30 W Delaware
Sioux Falls SD 57104-0337

IL Student Assist Comm
1755 Lake Cook Rd
Deerfield IL 60015-5209

LVNV Funding, LLC its successors and assigns
assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

| | | |
|---|---|---|
| NICOR Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora IL 60507-0549 | Navient<br>P O Box 9500<br>Wilkes Barre PA 18773-9500 | Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| Navient Solutions, LLC. on behalf of<br>Educational Credit Management Corporatio<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | Nicor Gas<br>P O Box 2020<br>Aurora IL 60507-2020 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 |
| Park National<br>8 W Madison<br>Oak Park IL 60302-4230 | Peoples Energy<br>200 East Randolph St<br>Chicago IL 60601-6302 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Robert J Semrad<br>20 S Clark St Ste 2800<br>Chicago IL 60603-1811 | Robert Rattler/Okoye Gillian<br>PO Box 1321<br>Oak Park, IL 60304-0321 | Secretary of State<br>2701 S Dirksen Pkwy<br>Springfield IL 62723-0002 |
| Security Credit Services<br>653 W Oxford Loop # 108<br>Oxford MS 38655-2929 | Southwest Credit System<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | T-Mobile<br>12920 SE 33th St<br>Bellevue WA 98006 | Tempoe, LLC<br>1750 Elm St Ste 1200<br>Manchester, NH 03104-2907 |
| The Illinois Tollway<br>PO Box 5544<br>Chicago IL 60680-5544 | TransUnion<br>P O Box 1000<br>Chester PA 19022 | U S Dept of ED/GSL/ATL<br>PO Box 4222<br>Iowa City, IA 52244 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>140 West St<br>New York NY 10007-2123 |
| Verizon Wireless<br>500 Technology Dr Ste 550<br>Weldon Spring, MO 63304-2225 | WE EFS<br>P O Box 5185<br>Sioux Falls SD 57117-5185 | Wells Fargo Bank, N.A., d/b/a WFDS<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Dealers Services<br>PO Box 1697<br>Winterville NC 28590-1697 | Western Financial Savings<br>P O Box 19752<br>Irvine CA 92623-9752 | Kiisha Smith<br>7300 W Fullerton Ave #35280<br>Elmwood Park, IL 60707-0716 |

Patrick S Layng  
Office of the U.S. Trustee, Region 11  
19 S Dearborn St  
.com 873  
Chicago, IL 60604-2027

Tom Vaughn  
55 E. Monroe Street, Suite 3850  
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery  
20 Corporate Blvd Ste 100  
Norfolk VA 23502

(d)Portfolio Recovery Associates LLC  
POB 41067  
Norfolk VA 23541-1067

(d)Portfolio Recovery Associates, LLC  
Successor to CITIBANK, N.A.  
(SEARS)  
POB 41067  
Norfolk VA 23541

Mobile USA  
OB 53410  
Bellevue WA 98015-3410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Wells Fargo Bank, N.A., d/b/a Wells Fargo

(d)Atlas Acquisitions LLC  
294 Union St.  
Hackensack, NJ 07601-4303

End of Label Matrix  
Mailable recipients   61  
Bypassed recipients   2  
Total   63

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION



IN RE: Kiisha Smith dba
Building Brighter Minds for the Future – BBMF
7300 W. Fullerton Ave #35280
Elmwood Park, IL 60707
773-406-8022

Case No: 17-26896
Judge: Donald R. Cassling
Chapter: 13

## MOTION FOR FINDING OF CONTEMPT

Debtor, Kiisha Smith, moves the court pursuant to Fed. R. Bankr. P. 9020 and Local Rule 9020-1 for an order finding creditor, Commonwealth Edison in civil contempt of court. The grounds for this motion:

1. Debtor filed this voluntary petition under Chapter 13 on September 8, 2017.
2. Debtor has notified Commonwealth Edison of this filing.
3. Debtor contacted creditor in September, October, November & December 2017 as well as January 2018 to confirm payment arrangement. Creditor failed to assist and canceled plan.
4. Creditor refuses to honor bankruptcy and services were disconnected as of May 2018.
5. Debtor filed an ICC complaint in which the Creditor requested additional proof of filing and still failed to honor bankruptcy and restore services.
6. Creditor has charged debtor with additional late fees, reconnection fees.
7. Creditor refused to assist debtor because debtor didn't have a phone number to add to the account.

Wherefore, debtor requests that the court:
   A. Order respondent, Asset Acceptance, to return all money received by it after the debtor's petition was filed on account of the discharged debt.
   B. Order respondent to refund debtor of all damaged goods in the amount of $1300.
   C. Order respondent to credit all late, reconnection, disconnection, and service fees.

Respectfully Submitted,
Debtor, Pro Se
Kiisha Smith
773-406-8022

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Kiisha Smith<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 17-26896<br><br>Chapter: 13<br>Honorable Donald R. Cassling |

**Order Granting Debtor's Motion to Vacate Dismissal**

This matter coming to be heard on the Debtor's motion to vacate dismissal, the court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties thereto, IT IS HEREBY ORDERED:

A. That the order entered September 20, 2018 is vacated.

B. Debtor's bankruptcy case is reinstated.

C. Confirmation is reset to November 1, 2018 at 10:00 in Courtroom 619, Chicago, Illinois 60604.

ENTERED

Enter:    SEP 27 2018

Donald R. Cassling, Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT
Honorable Donald R. Cassling

Dated:                           United States Bankruptcy Judge

United States Bankruptcy Court
Northern District of Illinois

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/08/2017 at 10:32 AM and filed on 09/08/2017.

**Kiisha Smith**
7300 W Fullerton Ave #35280
Elmwood Park, IL 60707
SSN / ITIN: xxx-xx-9068

The bankruptcy trustee is:

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900

The case was assigned case number 17-26896 to Judge Donald R Cassling.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Jeffrey P. Allsteadt
Clerk, U.S. Bankruptcy Court