IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| IN RE: Kiisha Smith dba<br>Building Brighter Minds for the Future – BBMF<br>7300 W. Fullerton Ave #35280<br>Elmwood Park, IL 60707<br>773-406-8022 | Case No: 17-26896<br>Judge: Donald R. Cassling<br>Chapter: 13 |

ORDER on Motion for Contempt

Now comes the debtor, Kiisha Smith, Pro Se, on a hearing on her motion for contempt against Commonwealth Edison, it is hereby ordered:

1. This motion is granted;
2. Commonwealth Edison is required to take corrective action to address their violation of the bankruptcy stay.
3. Commonwealth Edison is ordered to pay debtor $1300 in damages.

Enter:

Honorable Donald R. Cassling
Dated:                                                                 United States Bankruptcy Judge