IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Kiisha Smith dba
Building Brighter Minds for the Future – BBMF
7300 W. Fullerton Ave #35280
Elmwood Park, IL 60707
773-406-8022

Case No: 17-26896
Judge: Donald R. Cassling
Chapter: 13

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 28 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

NOTICE OF MOTION

TO: People's Gas Acct# 0611329048-00001

PLEASE TAKE NOTE that on Thursday, November 1, 2018 at 9:30 am or soon thereafter as I may be heard, I shall appear before the Honorable Judge Donald R. Cassling or any other Bankruptcy Judge presiding in his place in Room 619, the courtroom usually occupied by said Judge, in Dirksen Federal Building, 219 S. Dearborn, Chicago, IL 60604.

PROOF OF SERVICE
DECLARATION UNDER PENALTY OF PERJURY

I, Kiisha Smith, declare, under penalty of perjury, that I have PERSONALLY mailed a copy of the foregoing Notice of Motion, and attached Motion, to each creditor on the attached service list, by first class mail, postage paid, on this 12th day of October, 2018.

Date
10-12-18

Debtor, Pro Se
Kiisha Smith

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 17-26896<br>Northern District of Illinois<br>Chicago<br>Mon Feb 12 13:58:39 CST 2018 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ACS/Navient<br>501 Bleeker St<br>Utica NY 13501-2401 | AT&T<br>Bankruptcy Department<br>PO Box 769<br>Arlington TX 76004-0769 |
| Alvin Everett<br>1523 S Homan<br>Chicago, IL 60623-2153 | Arnold Scott Harris<br>111 West Jackson Blvd Ste 600<br>Chicago IL 60604-3517 | Atlas Acquisitions LLC (TEMPOE, LLC)<br>294 Union St.<br>Hackensack, NJ 07601-4303 |
| Blatt Hasenmiller Liebske<br>10 S LaSalle St Ste 2200<br>Chicago, IL 60603-1069 | Capital One Bank USA NA<br>P O Box 30253<br>Salt Lake City UT 84130-0253 | Chex Systems<br>7805 Hudson Rd Ste 100<br>Woodbury MN 55125-1703 |
| Citibank NA<br>PO Box 6189<br>Sioux Falls, SD 57117-6189 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris<br>111 W Jackson Blvd Ste 600<br>Chicago, IL 60604-3517 | City of Chicago Dept of<br>Administrative Hearings<br>400 W Superior St<br>Chicago IL 60654-3409 |
| City of Chicago Dept of Adm.<br>Hearings<br>400 North Sedgwick St Ste 200<br>Chicago IL 60654-2555 | City of Chicago Dept of Revenue<br>121 N LaSalle St<br>Chicago IL 60602-1288 | ComEd<br>3 Lincoln Center<br>Oakbrook Terrace IL 60181-4204 |
| Comcast Xfinity<br>PO Box 3002<br>Southeastern PA 19398-3002 | Credit One Bank<br>P O Box 98872<br>Las Vegas NV 89193-8872 | Credit Systems Intl IN<br>1277 Country Club Ln<br>Fort Worth, TX 76112-2304 |
| Dept of ED Navient<br>PO Box 9635<br>Wilkes Barre PA 18773-9635 | Dept of Ed/Navient<br>123 Justison St 3rd Floor<br>Wilmington, DE 19801-5360 | Dion G. Morrow Coordinator<br>Executive Relations<br>Verizon Wireless<br>1701 Golf Rd Ste 100<br>Rolling Meadows IL 60008-4227 |
| Diversified Consultants<br>PO Box 551268<br>Jacksonville FL 32255-1268 | Equifax<br>P O Box 740241<br>Alanta GA 30374-0241 | Experian<br>P O Box 2002<br>Allen TX 75013-2002 |
| First Premier Bank<br>10 W Delaware<br>Sioux Falls SD 57104-0337 | IL Student Assist Comm<br>1755 Lake Cook Rd<br>Deerfield IL 60015-5209 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |

| | | |
|---|---|---|
| NICOR Northern Illinois Gas<br>Attention Bankruptcy & Collections<br>PO Box 549<br>Aurora IL 60507-0549 | Navient<br>P O Box 9500<br>Wilkes Barre PA 18773-9500 | Navient Solutions, LLC. on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| Navient Solutions, LLC. on behalf of<br>Educational Credit Management Corporatio<br>PO BOX 16408<br>St. Paul, MN 55116-0408 | Nicor Gas<br>P O Box 2020<br>Aurora IL 60507-2020 | PEOPLES GAS LIGHT & COKE COMPANY<br>200 EAST RANDOLPH STREET<br>CHICAGO, ILLINOIS 60601-6433 |
| Park National<br>8 W Madison<br>Oak Park IL 60302-4230 | Peoples Energy<br>200 East Randolph St<br>Chicago IL 60601-6302 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Robert J Semrad<br>20 S Clark St Ste 2800<br>Chicago IL 60603-1811 | Robert Rattler/Okoye Gillian<br>PO Box 1321<br>Oak Park, IL 60304-0321 | Secretary of State<br>2701 S Dirksen Pkwy<br>Springfield IL 62723-0002 |
| Security Credit Services<br>653 W Oxford Loop # 108<br>Oxford MS 38655-2929 | Southwest Credit System<br>4120 International Pkwy<br>Carrollton, TX 75007-1958 | Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |
| (p)T MOBILE<br>C O AMERICAN INFOSOURCE LP<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | T-Mobile<br>12920 SE 38th St<br>Bellevue WA 98006 | Tempoe, LLC<br>1750 Elm St Ste 1200<br>Manchester, NH 03104-2907 |
| The Illinois Tollway<br>PO Box 5544<br>Chicago IL 60680-5544 | TransUnion<br>P O Box 1000<br>Chester PA 19022 | U S Dept of ED/GSL/ATL<br>PO Box 4222<br>Iowa City, IA 52244 |
| U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | Verizon<br>by American InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Verizon Wireless<br>140 West St<br>New York NY 10007-2123 |
| Verizon Wireless<br>500 Technology Dr Ste 550<br>Weldon Spring, MO 63304-2225 | WE EFS<br>P O Box 5185<br>Sioux Falls SD 57117-5185 | Wells Fargo Bank, N.A., d/b/a WFDS<br>P.O. Box 19657<br>Irvine, CA 92623-9657 |
| Wells Fargo Dealers Services<br>PO Box 1697<br>Winterville NC 28590-1697 | Western Financial Savings<br>P O Box 19752<br>Irvine CA 92623-9752 | Kiisha Smith<br>7300 W Fullerton Ave #35280<br>Elmwood Park, IL 60707-0716 |

Patrick S Layng  
Office of the U.S. Trustee, Region 11  
219 S Dearborn St  
Room 873  
Chicago, IL 60604-2027

Tom Vaughn  
55 E. Monroe Street, Suite 3850  
Chicago, IL 60603-5764

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery  
120 Corporate Blvd Ste 100  
Norfolk VA 23502

(d)Portfolio Recovery Associates LLC  
POB 41067  
Norfolk VA 23541-1067

(d)Portfolio Recovery Associates, LLC  
Successor to CITIBANK, N.A.  
(SEARS)  
POB 41067  
Norfolk VA 23541

T Mobile USA  
POB 53410  
Bellevue WA 98015-3410

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

u)Wells Fargo Bank, N.A., d/b/a Wells Fargo

(d)Atlas Acquisitions LLC  
294 Union St.  
Hackensack, NJ 07601-4303

End of Label Matrix  
Mailable recipients    61  
Bypassed recipients     2  
Total                  63

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

IN RE: Kiisha Smith dba
Building Brighter Minds for the Future – BBMF
7300 W. Fullerton Ave #35280
Elmwood Park, IL 60707
773-406-8022

Case No: 17-26896
Judge: Donald R. Cassling
Chapter: 13

## MOTION FOR FINDING OF CONTEMPT

Debtor, Kiisha Smith, moves the court pursuant to Fed. R. Bankr. P. 9020 and Local Rule 9020-1 for an order finding creditor, People's Gas in civil contempt of court. The grounds for this motion:

1. Debtor filed this voluntary petition under Chapter 13 on September 8, 2017.
2. Debtor has notified People's Gas of this filing.
3. People's Gas refuses to honor bankruptcy and remove acct# 0611329048-00001 from collections.
4. People's Gas refused to assist debtor because debtor didn't have a phone number to add to the account.

Wherefore, debtor requests that the court:
   A. Order respondent, Asset Acceptance, to return all money received by it after the debtor's petition was filed on account of the discharged debt.
   B. Order respondent to credit all late, reconnection, disconnection, and service fees.

Respectfully Submitted,
Debtor, Pro Se
Kiisha Smith
773-406-8022

United States Bankruptcy Court
Northern District of Illinois

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 09/08/2017 at 10:32 AM and filed on 09/08/2017.

**Kiisha Smith**
7300 W Fullerton Ave #35280
Elmwood Park, IL 60707
SSN / ITIN: xxx-xx-9068

The bankruptcy trustee is:

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
312 294-5900

The case was assigned case number 17-26896 to Judge Donald R Cassling.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

Jeffrey P. Allsteadt
Clerk, U.S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )    BK No.:   17-26896
Kiisha Smith                          )
                                      )
                                      )    Chapter: 13
                                      )
                                      )    Honorable Donald R. Cassling
                                      )
            Debtor(s)                 )

## Order Granting Debtor's Motion to Vacate Dismissal

This matter coming to be heard on the Debtor's motion to vacate dismissal, the court having jurisdiction over the matter, being fully advised on the premises and due notice being given to the parties thereto, IT IS HEREBY ORDERED:

A. That the order entered September 20, 2018 is vacated.

B. Debtor's bankruptcy case is reinstated.

C. Confirmation is reset to November 1, 2018 at 10:00 in Courtroom 619, Chicago, Illinois 60604.

ENTERED

Enter:    SEP 27 2018

Donald R. Cassling, Bankruptcy Judge
UNITED STATES BANKRUPTCY COURT
Honorable Donald R. Cassling

Dated:                                United States Bankruptcy Judge