**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 13 |
| Kiisha Smith | : | Case No. 17-26896 |
| | : | Honorable Judge Donald R. Cassling |
| Debtor | : | Hearing: November 1, 2018 |

## CREDITOR COMMONWEALTH EDISON COMPANY'S RESPONSE TO MOTION FOR FINDING OF CONTEMPT

Creditor Commonwealth Edison Company ("ComEd") by and through its attorney Erin Buechler, Claims and Collections Lead Counsel, and in response to Debtor's Motion for Finding of Contempt ("Motion") hereby states:

### Introduction

ComEd has not violated the automatic stay or any order of this Court. ComEd does not file this Response on behalf of Asset Acceptance nor does it have any knowledge of Asset Acceptance's relationship to the ComEd account at issue or the bankruptcy case at issue or why it is listed in Debtor's prayer for relief.

### Facts

1. ComEd is an electric utility regulated by the Illinois Commerce Commission ("ICC") and provides electric utility service to the Debtor Kiisha Smith.

2. Debtor lists her ComEd account number as 7320541087 on the Notice of Motion filed on September 28, 2018.

3. On September 8, 2017, Debtor Kiisha Smith filed a Chapter 13 bankruptcy petition. Upon notice, ComEd removed all pre-petition debt from Debtor's electric service account (ComEd Account 73205-41087) at 5046 W. Quincy Street, Unit 3, Chicago, IL 60644.

4.      On or about September 21, 2017, Debtor's account was placed on the Budget Billing program that sets a pre-arranged amount for each monthly bill to account for seasonal variations in usage, with actual monthly usage continuing to show on the bill as well.

5.      On or about May 24, 2018, after all required notification, ComEd disconnected electric service.  The disconnection of service was for non-payment of post-petition bills.  ComEd did not disconnect service due to any pre-petition debt.

6.      On or about June 8, 2018, ComEd restored electric service due to Debtor applying for and qualifying for LIHEAP assistance. ComEd continued to bill for post-petition service.

7.      On or about September 11, 2018, ComEd placed the account on a twelve (12) month installment plan for the remaining post-petition balance.  The account continues to also bill on the Budget Billing program.  Since that time, Debtor has made two (2) payments for twenty-five ($25) dollars each and one (1) payment of one hundred twenty ($120) dollars.  All post-petition payments for post-petition service.

## Argument

8.      As a Public Utility, ComEd's relationship with the Debtor is governed by state-mandated tariffs, applicable Illinois laws and regulations.  Pursuant to its tariffs, ComEd must follow specific procedures before it can disconnect service to a residential customer.  ComEd followed all those procedures.   The charges on the account are consistent with ComEd's rates, regulations, tariffs, and applicable State law.  See below link for ComEd's complete ratebook: (https://www.comed.com/SiteCollectionDocuments/MyAccount/MyBillUsage/CurrentRates/Ratebook.pdf).

9.    ComEd disconnected service due to non-payment of post-petition bills. There is no specific allegation or proof that ComEd violated the automatic stay.  Similarly, Debtor fails to cite to any specific court order that has been violated or that would warrant a finding of contempt.  Debtor currently has another action pending against ComEd in Cook County Circuit Court, case number 2018 M4 3982, wherein an arbitration hearing was held last week but Debtor did not appear.

## **Conclusion**

10.    There is no pre-petition debt on Debtor's electric service account.  ComEd is not attempting to collect pre-petition debt.  There has not been pre-petition debt on the account since the initial filing and, then, the subsequent orders vacating the dismissals.  There is no violation of the Automatic Stay.

11.    There is no violation, by ComEd, of any court order.  Debtor owes ComEd for post-petition electric service.  In an attempt to remedy the ongoing post-petition balance, ComEd put the account on a payment plan.

WHEREFORE, Creditor Commonwealth Edison Company respectfully requests this court deny Debtor's Motion and for any other such relief it deems appropriate.

    Respectfully submitted,

    /s/ Erin M. Buechler
    Attorney for Commonwealth Edison Co.

Erin Buechler
ARDC: 6292474
ComEd
3 Lincoln Center
Oakbrook Terrace, IL 60181
630-576-6339
f630-437-2223
erin.buechler@comed.com

**PROOF OF SERVICE BY MAILING**

I, Erin Buechler, an attorney, certify that the foregoing Commonwealth Edison Company's Response to Debtor's Motion was served upon the below-named parties by depositing same in US mail at 3 Lincoln Center, Oakbrook Terrace, IL 60181, postage prepaid, by 5:00pm this 11th day of October 2018.

                                                                    /s/     Erin M. Buechler
                                                                    Attorney for ComEd

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Kiisha Smith**
7300 W Fullerton Ave #35280
Elmwood Park, IL 60707

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
ecf@tvch13.net