**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: : | |
| : | Chapter 13 |
| Kiisha Smith : | Case No. 17-26896 |
| : | Honorable Judge Donald R. Cassling |
| Debtor : | Hearing: December 6, 2018 |

**CREDITOR COMMONWEALTH EDISON COMPANY'S SUPPLEMENTAL RESPONSE TO MOTION FOR FINDING OF CONTEMPT**

Creditor Commonwealth Edison Company ("ComEd") by and through its attorney Erin Buechler, Claims and Collections Lead Counsel, and in its supplemental response to Debtor's Motion for Finding of Contempt ("Motion") hereby states:

**Supplemental Facts**

Debtor Kiisha Smith ("Debtor") filed a complaint against ComEd in the Circuit Court of Cook County (Case No. 2018 M4 003982), alleging ComEd improperly adjusted her account as it related to her bankruptcy filing and that that failure to make a proper adjustment resulted in her service being disconnected. She further alleges the disconnection of service caused $1,300 of damage. In her complaint, Debtor also requests an additional $851.88 and $100 "per day service interrupted" (see Cook County Complaint attached hereto as Exhibit 1).

On October 4, 2018, an arbitration hearing was held. Defendant did not appear and an award was entered in ComEd's favor. On November 15, 2018, judgment was entered for ComEd.

The current balance on debtor's account is $643.72, for post-petition service. As mentioned in ComEd's initial response, Debtor had been placed on a payment plan for post-petition service, but Debtor has defaulted on that plan.

### Supplemental Argument

Debtor failed to prosecute her case in Circuit Court and now seeks relief from this Honorable Court on the very same issues and claims. Judgment was entered for ComEd on those issues and claims.

Illinois Supreme Court Rule 91, provides that "the arbitration hearing shall proceed in the absence of any party, who after due notice, fails to be present…the failure of a party to be present…shall constitute a waiver of the right to reject the award and a **consent to the entry by the court of a judgment on the award**." (*emphasis added*. ILCS S. Ct. Rule 91). Judgment on award "shall be entered in conformity therewith and enforced as any other judgment." (710 ILCS 5/14).

Illinois case law holds that a judgment approving an arbitration award which was entered after hearing should be accorded the same finality as any other judgment properly entered. *Rosee v. Board of Trade*, 43 Ill.App.3d 203 (1976). The judgment becomes final as provided under Illinois statue 710 ILCS 5/14 at the judgment on award and is treated equal to other judgments whether it be on the merits or due to the non-appearance of a party. This is a final judgment, subject to res judicata.

Illinois case law has held that the doctrine of res judicata applies not only to matters that were actually litigated in the prior case, but also all matter that should or could have been litigated. *Woolsey v. Wilton*, 298 Ill. App. 3d 582 (3rd Dist. 1998). A final judgment on the merits rendered by a court of competent jurisdiction is conclusive as to the right of the parties

and their privies and, as to them, constitutes an absolute bar to a subsequent action involving the same claim, demand, or cause of action. *Mount Mansfield Insurance Group, Inc. v. American International Group, Inc, et al.*, 372 Ill.App.3d 388 (1st Dist. 2007).

Debtor fails to cite to any specific court order that has been violated or that would warrant a finding of contempt. There has been no violation of any court order.

WHEREFORE, Creditor Commonwealth Edison Company respectfully requests this Honorable Court deny Debtor's Motion and for any other such relief it deems appropriate.

        Respectfully submitted,

        /s/ Erin M. Buechler
        Attorney for Commonwealth Edison Co.

Erin Buechler
ARDC: 6292474
ComEd
3 Lincoln Center
Oakbrook Terrace, IL 60181
630-576-6339
f630-437-2223
erin.buechler@comed.com

**PROOF OF SERVICE BY MAILING**

I, Erin Buechler, an attorney, certify that the foregoing Commonwealth Edison Company's Response to Debtor's Motion was served upon the below-named parties by depositing same in US mail at 3 Lincoln Center, Oakbrook Terrace, IL 60181, postage prepaid, by 5:00pm this 1st day of November 2018.

    /s/    Erin M. Buechler
Attorney for ComEd

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Kiisha Smith**
7300 W Fullerton Ave #35280
Elmwood Park, IL 60707

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
ecf@tvch13.net

4