## AMENDED PROOF OF SERVICE BY MAILING

I, Erin Buechler, an attorney, certify that the foregoing Commonwealth Edison Company's Supplemental Response to Debtor's Motion was served upon the below-named parties by depositing same in US mail at 3 Lincoln Center, Oakbrook Terrace, IL 60181, postage prepaid, by 5:00pm on or before 3rd day December of 2018.

                              /s/    Erin M. Buechler
                              Attorney for ComEd

**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

**Kiisha Smith**
7300 W Fullerton Ave #35280
Elmwood Park, IL 60707

**Tom Vaughn**
55 E. Monroe Street, Suite 3850
Chicago, IL 60603
ecf@tvch13.net